Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _NorTh DakoTa_

_____ Division

Kevin Stanfield

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

Credit one Bank, Messserli and Kramer, Resurgent
capital.. State of North Dakota. Unknown employees

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No.

_____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | kevin stanfield |
| Address | 123 park ave |
| | neche       ND       58265 |
| | *City*     *State*     *Zip Code* |
| County | usa |
| Telephone Number | 2539613784 |
| E-Mail Address | kevin_stanfield@hotmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Credit one bank |
| Job or Title *(if known)* | Unknown employees |
| Address | 6910 S Cimarron Rd |
| | Las Vegas,       NV       89113 |
| | *City*     *State*     *Zip Code* |
| County | U.S.A |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Messerli and kramer law |
| Job or Title *(if known)* | atteneys |
| Address | 50 S 6th St Ste 2300 |
| | Minneapolis       MN       55402 |
| | *City*     *State*     *Zip Code* |
| County | U.S.A |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | resurgent capital |
| Job or Title *(if known)* | unknown employees |
| Address | 55 Beattie Place |
| | Greenville |

| City | State | Zip Code |
|---|---|---|
| Greenville | SC | 29601 |

County — USA
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | State of North Dakota |
| Job or Title *(if known)* | unknown employees |
| Address | 600 E. Boulevard Ave Dept. 125 |

| City | State | Zip Code |
|---|---|---|
| Bismarck | ND | 58505 |

County — USA
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Credit one bank with their attorney did sell bad debt and illegal under tax evasion laws filed a fraudulently lawsuit in state court. In this complaint that has no jurisdiction written in it that there is a contract with credit one bank, no contract has ever been signed by the plaintiff and no contract exist. No state may interfere with the objections of a contract. If needed i will file to have it removed from the state appeals court and send it to federal court. The plaintiff has no contract at all with any of the defendants. The state may not violate the 4th amendment or plaintiffs right to void an account or right to due

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

The plaintiff never relieved a bank statement by u.s. mail it is hard to know. The plaintiff has a right to void this credit card account a per his right when illegal activity is detected and or finds any illegal contracts/ agreement, are not enforceable. I am not sure as to what the charge is on the card at this point, but I did keep my records on this after I reported a bank card stolen. As by law they are required to send bank statements as to the charges. The plaintiff had other cards as well with this illegal bank. Why was this so called balance not transferred to the other card? And yes I kept the records.

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Malicious prosecution is a crime in the u.s. and that applies to banks that are operating illegal. That would go for all defendants. If needed I can look these up and write a brief. But I do know there has been a case filed before like this. see fines for harassment over debt and illegal banking, statues of fraud. The selling of personal banking information without plaintiff's consent. Unknown as there is no jurisdiction in the complaint filed that was appealed,appeals court of north Dakota. Thompson v. Clark (2022) 142 S.Ct. 1332

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

I have made many legal demands like legal demand letters for bank statements, for a signed contract and appealed in state court that they never replied to as require by law. The plaintiff disputed this charge when it happened. As all that have these cards are forced to go to a website that in this network engineer professional opinion is illegal.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Most resent after I sent a legal demand letter for bank statements and a signed contract. 6/30 is the date on this return receipt my last attempt. As this has been going on for over 4 years now.

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Fact this is harassment I have filed many complaints with consumer protection agency now federal court. The account was void/ or canceled. by the plaintiff there is a recording of it. the bank has it I believe. I do have the bank recorded that paid this card, a card I reported stolen. A I was having massive fraud happening liken to credit one bank. And a written notice to the bank it account was void.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am a disabled Vet so what are you asking here? But in one of credit one bank agreements/ really legal is a notice not an agreement. Misleading really. that is really not an agreement it legally is a notice, they state they can discriminate against the military and there is a fee for it. I know I am stressed as I do not have full use of my hand and it is hard for me to write this so please pardon the errors.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A 1,000,000 fine and any legal fees, I have paid. Pay for all damage to credit and a fine for all harassment both phone and letter. A fine for all illegally selling bad debt, or imprisonment. The plaintiff demands fines for each day the bank does not produce a bank statement and a signed contract on this voided account. Starting from 10/22 when this disagreement started. I believe under the law, it is a 10,000 fine and compounds each day. I will ask for an attorney to be assigned to plaintiff. Such as the civil rights department of DOJ.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/20/2026

Signature of Plaintiff    Kevin Stanfield

Printed Name of Plaintiff    Kevin Stanfield

### B.        For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

                                            City            State        Zip Code

Telephone Number    _____

E-mail Address    _____